DOCKET & FILE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

IN RE AIR CRASH NEAR NANTUCKET
ISLAND, MASSACHUSETTS, ON
OCTOBER 31, 1999

**ORDER ADMITTING**
**COUNSEL PRO HAC VICE**

Case No. 00-MDL-1344   (FB)(KAM)

-------------------------------------------------------------x

Upon the Motion of defendant Parker Hannifin Corporation, dated June 8, 2006, for an

Order pursuant to Local Civil Rule 1.3(c) granting pro hac vice admission to Deborah Storey

Simmons in connection with the above-captioned action, and upon consideration of this Motion

and the affidavits in support thereof, it is hereby

ORDERED that Deborah Storey Simmons is admitted pro hac vice to the Bar of this

Court for the purposes of appearance and participation in this action.

Dated:  June __9__, 2006

So ORDERED:

_____
U.S.M.J.